DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for Plaintiff.

BART BARRINGER, SBN 131756
LAW OFFICES OF MAYOL & BARRINGER LLP
P.O. Box 3049
Modesto, CA 95353
Telephone: 209-544-9555
Facsimile: 209-544-9875
Electronic Mail: bbarringer@mblaw.com

Attorney for Defendants.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>         PLAINTIFF,<br><br>     v.<br><br>ANTHONY BORGES dba SNO WHITE DRIVE IN, JOHN ARSENIO TRUST, JOHN ARSENIO, and DOES 1-10, inclusive,<br><br>         DEFENDANTS. | Case No.: 1:14-cv-01886-SKO<br><br>**STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH**

STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF

**PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorneys' fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Respectfully Submitted,

Dated: August 3, 2015                                /s/Daniel Malakauskas
                                                    Daniel Malakauskas, Attorney for Plaintiff

Dated: August 3, 2015                                /s/Bart Barringer
                                                    Bart Barringer, Attorney for Defendants

## ORDER

IT IS SO ORDERED.

Dated:   **August 12, 2015**                         **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATED DISMISSAL WITH ORDER GRANTING THEREOF